STATE OF NEW JERSEY v. MARTHA URENA.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE ROBINSON.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAE YONG AHN, ET AL.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER HOLLEY.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. BENNIE LEE ROBERTS.

June 13, 1989.

Petition for certification denied.